UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HILL, on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BBVA USA, an Alabama corporation,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 20-CV-1016 JLS (WVG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 18) |

Presently before the Court is Defendant's Motion to Compel Arbitration. (ECF No. 18.) On its own motion, the Court **VACATES** the hearing scheduled for October 22, 2020 at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: October 16, 2020

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge