

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Hill and Timothy Mills, on behalf of themselves and all others similarly situated, | Civil Action No. 20-cv-01016-JLS-WVG |
| Plaintiff, | |
| V. | |
| BBVA USA, an Alabama Corporation, | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court rules as follows:
1. Defendant's Motion to Compel Arbitration is granted.
2. Defendant's Motion to Dismiss for Failure to State a Claim and Motion to Dismiss for Lack of Jurisdiction is denied without prejudice.
3. Defendant's Motion to Strike is denied without prejudice.

Date:   6/1/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Ferris
T. Ferris, Deputy